Certificate Number: 15317-PAM-DE-036936183

Bankruptcy Case Number: 22-01837


15317-PAM-DE-036936183

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 28, 2022, at 7:55 o'clock AM PDT, Bryon P Murphy completed a course on personal financial management given by internet by Access Counseling, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: October 28, 2022

By: /s/Lea Sorino

Name: Lea Sorino

Title: Counselor