United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Bryon Patrick Murphy  
    Debtor

Case No. 22-01837-HWV  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 04, 2022      Form ID: ntcnfhrg      Total Noticed: 32

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bryon Patrick Murphy, 453 South 2nd Street, Steelton, PA 17113-2510 |
| 5497506 | + | AFFIRM LOANS, 30 ISABELLA ST, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 5497509 | | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5497515 | + | HILLROM ADVANCED RESPIRATORY INC, 1020 W COUNTRY ROAD F, SAINT PAUL, MN 55126-2910 |
| 5497520 | + | JOHNS HOPKINS HEALTH SYSTEM, CUSTOMER SERVICE, 3910 KESWICK RD, STE S-5100, BALTIMORE, MD 21211-2226 |
| 5497522 | + | LAKEVIEW LOAN SERVICING, LLC, 425 PHILLIPS BLVD, EWING, NJ 08618-1430 |
| 5497523 | | LIBERTY MUTUAL, GROUP BENEFITS DISABILITY CLAIMS, PO BOX 7206, LONDON, KY 40742-7206 |
| 5497526 | + | MEMBERS 1ST FCU, BK NOTICES, PO BOX 8893, CAMP HILL, PA 17001-8893 |
| 5497527 | + | RECEIVABLES OUTSOURCING LLC, PO BOX 62850, BALTIMORE, MD 21264-2850 |
| 5497532 | | ZIP/ QUADPAY INC, 228 PARK AVE S, PAMB 59872, NEW YORK, NY 10003-1502 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2022 18:54:03 | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5497507 | | Email/Text: ally@ebn.phinsolutions.com | Nov 04 2022 18:46:00 | ALLY, PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 5497508 | | Email/PDF: bncnotices@becket-lee.com | Nov 04 2022 18:54:12 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 5498718 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Nov 04 2022 18:54:11 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5503701 | | Email/PDF: bncnotices@becket-lee.com | Nov 04 2022 18:54:20 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5497510 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 04 2022 18:54:02 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5497511 | | Email/Text: dylan.succa@commercialacceptance.net | Nov 04 2022 18:46:00 | COML ACCEPT, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5497512 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 04 2022 18:46:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5497529 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 04 2022 18:46:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5497513 | | Email/Text: mrdiscen@discover.com | Nov 04 2022 18:46:00 | DISCOVER BANK BK NOTICES, DISCOVER PRODUCTS INC, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5497514 | ^ | MEBN | Nov 04 2022 18:42:15 | DYNAMIC RECOVERY SOLUTIONS, 135 INTERSTATE BLVD, GREENVILLE, SC 29615-5720 |
| 5500222 | | Email/Text: mrdiscen@discover.com | Nov 04 2022 18:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5497516 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Nov 04 2022 18:54:22 | HUD HEADQUARTERS, BANKRUPTCY NOTICES, 451 7TH STREET SW, WASHINGTON, DC 20410-0001 |
| 5497517 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 04 2022 18:46:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5497519 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 04 2022 18:46:00 | JEFFCAPSYS, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 5497521 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 04 2022 18:54:10 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850 |
| 5502899 | + | Email/Text: RASEBN@raslg.com | Nov 04 2022 18:46:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5504636 | ^ | MEBN | Nov 04 2022 18:42:18 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5497525 | + | Email/Text: camanagement@mtb.com | Nov 04 2022 18:46:00 | M&T BANK MORTGAGE, LENDING SERVICES CORRESPONDENCE ADDRESS, PO BOX 1288, BUFFALO, NY 14240-1288 |
| 5497528 | + | Email/Text: ssa.bankruptcy@ssa.gov | Nov 04 2022 18:46:00 | SOCIAL SECURITY ADMINISTRATION, MID ATLANTIC PROGRAM SERVICE CTR, 300 SPRING GARDEN STREET, PHILADELPHIA, PA 19123-2992 |
| 5497530 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Nov 04 2022 18:46:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5497531 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 04 2022 18:46:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5497518 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5497524 | ##+ | LIBERTY MUTUAL INSURANCE CO, INTERCHANGE CORPORATE CENTER, 450 PLYMOUTH ROAD SUITE 400, PLYMOUTH MEETING, PA 19462-1644 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 06, 2022       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 1 Bryon Patrick Murphy DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Bryon Patrick Murphy karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC mfarrington@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Bryon Patrick Murphy,               Chapter     13

       **Debtor 1**

                Case No.     1:22−bk−01837−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**December 7, 2022** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: December 14, 2022<br><br>Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>Ronald Reagan Federal Building<br>228 Walnut St, Rm 320<br>Harrisburg, PA 17101−1737<br>(717) 901−2800 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: PamelaRadginski, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 4, 2022 |

ntcnfhrg (08/21)