UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:  BRYON PATRICK MURPHY      :   CHAPTER 13
        Debtor(s)                        :
                                      :
JACK N. ZAHAROPOULOS       :
STANDING CHAPTER 13 TRUSTEE   :
        Movant                         :
                                      :
        vs.                            :
                                      :
BRYON PATRICK MURPHY        :
        Respondent(s)             :   CASE NO.  1-22-bk-01837

WITHDRAWAL OF TRUSTEE'S OBJECTION TO
AMENDED CHAPTER 13 PLAN

AND NOW, this  30th  day of November, 2022, comes Jack N. Zaharopoulos,

Standing Chapter 13 Trustee, and requests that the Trustee's Objection to Chapter 13 Plan filed

on or about November 9, 2022 be withdrawn as all issues have been resolved.

Respectfully submitted:

/s/Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

CERTIFICATE OF SERVICE

AND NOW, this   30th   day of November, 2022, I hereby certify that I have
served the within Motion by electronically notifying parties or by depositing a true and correct
copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first
class mail, addressed to the following:

Kara Gendron, Esquire
125 State Street
Harrisburg, PA   17101

/s/Deborah A. Behney
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee