United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-01837-HWV |
| Bryon Patrick Murphy | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Oct 17, 2025 | Form ID: 3180W | Total Noticed: 38 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Bryon Patrick Murphy, 453 South 2nd Street, Steelton, PA 17113-2510 |
| 5525856 | + | Christopher L. Potter SSA,OGC, Office of Program Lit, Bankruptcy, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 5497515 | + | HILLROM ADVANCED RESPIRATORY INC, 1020 W COUNTRY ROAD F, SAINT PAUL, MN 55126-2910 |
| 5497523 | | LIBERTY MUTUAL, GROUP BENEFITS DISABILITY CLAIMS, PO BOX 7206, LONDON, KY 40742-7206 |
| 5497524 | + | LIBERTY MUTUAL INSURANCE CO, INTERCHANGE CORPORATE CENTER, 450 PLYMOUTH ROAD SUITE 400, PLYMOUTH MEETING, PA 19462-1644 |
| 5525857 | + | Social Security Admin. SSA, OGC, Office of Program Lit, Bankruptcy, 6401 Security Blvd, Baltimore, MD 21235-0001 |
| 5497532 | | ZIP/ QUADPAY INC, 228 PARK AVE S, PAMB 59872, NEW YORK, NY 10003-1502 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5497506 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 17 2025 18:55:02 | AFFIRM LOANS, 30 ISABELLA ST, FLOOR 4, PITTSBURGH, PA 15212-5862 |
| 5497507 | | EDI: GMACFS.COM | Oct 17 2025 22:46:00 | ALLY, PO BOX 130424, ROSEVILLE, MN 55113-0004 |
| 5497508 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2025 18:54:36 | AMEX, PO BOX 297871, FORT LAUDERDALE, FL 33329-7871 |
| 5498718 | + | EDI: AISACG.COM | Oct 17 2025 22:46:00 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5508102 | + | EDI: AISACG.COM | Oct 17 2025 22:46:00 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5503701 | | Email/PDF: bncnotices@becket-lee.com | Oct 17 2025 18:53:57 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5497509 | | Email/Text: Bankruptcy@BAMcollections.com | Oct 17 2025 18:48:00 | BUREAU OF ACCOUNT MGMT, 3607 ROSEMONT AVE STE 502, PO BOX 8875, CAMP HILL, PA 17001-8875 |
| 5497510 | | EDI: CAPITALONE.COM | Oct 17 2025 22:46:00 | CAPITAL ONE (BANKRUPTCY NOTIFICATION) (p, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5497522 | | Email/Text: BKelectronicnotices@cenlar.com | Oct 17 2025 18:48:00 | LAKEVIEW LOAN SERVICING, LLC, 425 PHILLIPS BLVD, EWING, NJ 08618 |
| 5497511 | | Email/Text: dylan.succa@commercialacceptance.net | Oct 17 2025 18:48:00 | COML ACCEPT, 2300 GETTYSBURG RD, STE 102, CAMP HILL, PA 17011-7303 |
| 5497512 | | EDI: PENNDEPTREV | Oct 17 2025 22:46:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5506079 | | EDI: CAPITALONE.COM | | |

| Recipient # | Flag | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 17 2025 22:46:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5497529 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 17 2025 18:48:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |
| 5497513 | | EDI: DISCOVER | Oct 17 2025 22:46:00 | DISCOVER BANK BK NOTICES, DISCOVER PRODUCTS INC, PO BOX 3025, NEW ALBANY, OH 43054-3025 |
| 5497514 | ^ | MEBN | Oct 17 2025 18:43:03 | DYNAMIC RECOVERY SOLUTIONS, 135 INTERSTATE BLVD, GREENVILLE, SC 29615-5720 |
| 5500222 | | EDI: DISCOVER | Oct 17 2025 22:46:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5497516 | + | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 17 2025 18:55:01 | HUD HEADQUARTERS, BANKRUPTCY NOTICES, 451 7TH STREET SW, WASHINGTON, DC 20410-0001 |
| 5497517 | | EDI: IRS.COM | Oct 17 2025 22:46:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5497519 | | EDI: JEFFERSONCAP.COM | Oct 17 2025 22:46:00 | JEFFCAPSYS, 16 MCLELAND RD, SAINT CLOUD, MN 56303 |
| 5497520 | | Email/Text: bankruptcy@jh.edu | Oct 17 2025 18:48:00 | JOHNS HOPKINS HEALTH SYSTEM, CUSTOMER SERVICE, 3910 KESWICK RD, STE S-5100, BALTIMORE, MD 21211 |
| 5497521 | + | EDI: JPMORGANCHASE | Oct 17 2025 22:46:00 | JPMCB CARD, PO BOX 15369, WILMINGTON, DE 19850-5369 |
| 5502899 | + | Email/Text: RASEBN@raslg.com | Oct 17 2025 18:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5504636 | ^ | MEBN | Oct 17 2025 18:43:04 | Lakeview Loan Servicing LLC, c/o M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 5497525 | + | Email/Text: camanagement@mtb.com | Oct 17 2025 18:48:00 | M&T BANK MORTGAGE, LENDING SERVICES CORRESPONDENCE ADDRESS, PO BOX 1288, BUFFALO, NY 14240-1288 |
| 5497526 | + | Email/Text: Unger@Members1st.org | Oct 17 2025 18:48:00 | MEMBERS 1ST FCU, BK NOTICES, PO BOX 8893, CAMP HILL, PA 17001-8893 |
| 5497527 | ^ | MEBN | Oct 17 2025 18:43:10 | RECEIVABLES OUTSOURCING LLC, PO BOX 62850, BALTIMORE, MD 21264-2850 |
| 5497528 | + | Email/Text: ssa.bankruptcy@ssa.gov | Oct 17 2025 18:48:00 | SOCIAL SECURITY ADMINISTRATION, MID ATLANTIC PROGRAM SERVICE CTR, 300 SPRING GARDEN STREET, PHILADELPHIA, PA 19123-2924 |
| 5497530 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Oct 17 2025 18:48:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5512134 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 17 2025 18:55:01 | U.S. Department of Housing and Urban Development, 100 Penn Square East, Philadelphia, PA 19107 |
| 5497531 | | EDI: VERIZONCOMB.COM | Oct 17 2025 22:46:00 | VERIZON WIRELESS, 500 TECHNOLOGY DR, STE 550, SAINT CHARLES, MO 63304-2225 |
| 5507923 | | EDI: AIS.COM | Oct 17 2025 22:46:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 31

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Bank, c/o AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5497518 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2025        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| D Brian Simpson | on behalf of Plaintiff United States of America d.brian.simpson@usdoj.gov Bethany.a.haase@usdoj.gov |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing LLC bkgroup@kmllawgroup.com bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 1 Bryon Patrick Murphy DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Bryon Patrick Murphy kara.gendron@mottgendronlaw.com;karagendronecf@gmail.com;doriemott@aol.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net;Gendron.KaraB@notify.bestcase.com |
| Michael Patrick Farrington | on behalf of Creditor Lakeview Loan Servicing LLC tue67813@temple.edu |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Bryon Patrick Murphy<br>First Name    Middle Name    Last Name | Social Security number or ITIN  xxx–xx–9458<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:22-bk-01837-HWV | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bryon Patrick Murphy

10/17/25

**By the court:**

*Henry W. Van Eck* (signature)

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- ♦ some debts which the debtors did not properly list;

- ♦ debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- ♦ debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- ♦ debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**